**IN THE SUPREME COURT OF PENNSYLVANIA
EASTERN DISTRICT**

| | | |
|---|---|---|
| MAMADOU BARRY AND MIRIAM BARRY, | : | No. 423 EAL 2023 |
| | : | |
| Petitioners | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| NATIONWIDE AND NATIONWIDE MUTUAL | : | |
| INSURANCE COMPANY, | : | |
| | : | |
| Respondents | : | |

**ORDER**

**PER CURIAM**

    **AND NOW**, this 14th day of June, 2024, the Petition for Allowance of Appeal is **DENIED**.